**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02508

PAUL GARVEY, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

SM ENERGY COMPANY,

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR
CONDITIONAL CERTIFICATION**

1. Plaintiff Paul Garvey ("Plaintiff"), individually and for others similarly situated, requests the Court's approval of this Motion to Extend Plaintiff's Deadline to File for Conditional Certification.

2. Plaintiff's current deadline to file for class certification is April 30, 2024.

3. Plaintiff would request an extension of 14 days to move for Conditional Certification.

4. Plaintiff's request for more time to file for Conditional Certification is due to the fact that Attorney Richard Schrieber has taken over the matter as day to day counsel from his former colleague Carl Fitz, who has resigned from the law firm of Josephson Dunlap at the end of March, 2024.

5. Further, the Parties are mediating the case, today, and have been utilizing their recent efforts to focus on potential resolution.

6. Accordingly, there is good cause to extend the deadline.

7. Defendant SM Energy Company does not oppose the requested relief.

8. There have been no previous extensions of the deadline to move for Conditional Certification.

9. This request is not made for purposes of delay but so justice may be done.

WHEREFORE, Plaintiff respectfully requests the Court find that good cause exists for a 14 day extension for Plaintiff to move for Conditional Certification and GRANTS this Motion.

        Respectfully submitted,

        By: */s/ Richard M. Schreiber*
            **Michael A. Josephson**
            State Bar No. 24014780
            **Andrew W. Dunlap**
            State Bar No. 24078444
            **Richard M. Schreiber**
            State Bar No. 24056278
            **JOSEPHSON DUNLAP LLP**
            11 Greenway Plaza, Suite 3050
            Houston, Texas 77046
            713-352-1100 – Telephone
            713-352-3300 – Facsimile
            mjosephson@mybackwages.com
            adunlap@mybackwages.com
            rschreiber@mybackwages.com

            **AND**

            **Richard J. (Rex) Burch**
            State Bar No. 24001807
            **BRUCKNER BURCH PLLC**
            11 Greenway Plaza, Suite 3025
            Houston, Texas 77046
            713-877-8788 – Telephone
            713-877-8065 – Facsimile
            rburch@brucknerburch.com

            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I conferred with Counsel for Defendant who confirmed that Defendant does not oppose the relief requested in this motion.

*/s/Richard M. Schreiber*
**Richard M. Schreiber**

## CERTIFICATE OF SERVICE

I served a copy of this document on all counsel of record pursuant to the Federal Rules of Civil Procedure on April 30, 2024.

*/s/Richard M. Schreiber*
**Richard M. Schreiber**